**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Demetrick James v. The State of Texas

Appellate case number:    01-17-00300-CR

Trial court case number:   1510754

Trial court:            262nd District Court of Harris County

This Court's April 24, 2018 Second Order of Abatement had abated and remanded this case to the trial court to conduct a late-brief hearing within 30 days of that order to determine whether appellant's counsel, Natalie Schultz, had abandoned the appeal. The Order of Abatement also stated that if appellant's counsel filed an appellant's brief along with an extension request and a motion to reinstate in this Court, this Court may withdraw that Order and reinstate the appeal.

On May 14, 2018, appellant's counsel filed an appellant's brief in this Court. Although appellant did not file an extension request or motion to reinstate, the Court suspends the operation of Rule 38.6(d) because appellant's brief appears to comply with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 2, 38.1, 38.6(d).

Accordingly, the Court sua sponte reinstates this appeal and directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, **withdraw** the Second Order of Abatement, and file appellant's brief as of May 14, 2018.

The State's brief, if any, is **ORDERED** to be filed within **30 days** of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(b), (d).

     It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
             ☑   Acting individually   ☐  Acting for the Court
Date: May 22, 2018